## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| James Scantlin, | Case No. 21-5010-JLV |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| First Unum Life Insurance Company, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff James Scantlin and Defendant First Unum Life Insurance Company that the above-captioned action, is dismissed with prejudice, on the merits, and without an award of costs, disbursements, or attorneys' fees to any party.

Dated: April 5, 2022

JULIUS & SIMPSON, L.L.P.

Michael J. Simpson
1600 Mountain View Road, Suite 110
Rapid City, SD 57702
Telephone: 605-716-1000
mike@juliussimpson.com

**ATTORNEYS FOR PLAINTIFF**

2560593

Dated: 4/5/22

BEARDSLEY, JENSEN & LEE

_____
Gary Jensen
4200 Beach Drive, Suite 3
PO Box 9579
Rapid City, SD 57709
Telephone: 605-721-2800
gjensen@blackhillslaw.com

and

Terrance J. Wagener
**MESSERLI & KRAMER P.A.**
100 South Fifth Street
Suite 1400
Minneapolis, MN 55402
Telephone (612) 672-3600
twagener@messerlikramer.com

**ATTORNEYS FOR DEFENDANT**

2560593