UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JAMES SCANTLIN,<br><br>             Plaintiff,<br><br>  vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY,<br><br>             Defendant. | CIV. 21-5010-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint stipulation for dismissal (Docket 17), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without an award of costs, disbursements or attorneys' fees to any party.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

     Dated April 6, 2022.

                           BY THE COURT:

                           /s/ *Jeffrey L. Viken*
                           JEFFREY L. VIKEN
                           UNITED STATES DISTRICT JUDGE